IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW ALEXANDER**     **PLAINTIFF**

V.     **NO. 4:21-CV-147-DMB-JMV**

**LAKEISHA HUBBERT**
nka Nekeischella Hubbert, et al.     **DEFENDANTS**

**ORDER**

In its October 12, 2022, Opinion and Order, this Court (1) granted in part Tavoris Emerson's motion to dismiss Andrew Alexander's claims against him; (2) allowed Alexander fourteen days to "seek leave to amend his amended complaint;" and (3) cautioned Alexander that if he "fail[ed] to seek leave to amend or if it is [was] ultimately determined amendment would be futile, the claims w[ould] be dismissed with prejudice." Doc. #32 at 12 & n.9. On the parties' joint motion, the Court extended Alexander's deadline to seek leave to amend until November 2, 2022. Docs. #35, #36. Because Alexander failed to seek leave to amend within the time allowed under the extension, consistent with the Court's October 12 ruling, Alexander's First and Fourteenth Amendment claims against Emerson are **DISMISSED with prejudice**.

**SO ORDERED**, this 8th day of November, 2022.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**